### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: : | |
|    Jared K. Fitzgerald : | Chapter 13 |
|    Jacqueline J. Fitzgerald : | Case No.: 20-13369 ELF |
|    Debtor(s) : | |

### CERTIFICATE OF SERVICE

    I, Brad J. Sadek, Esq., certify that on Tuesday, April 19, 2022, a true and correct copy of the Debtor(s) Motion to Sell Property was served by electronic delivery or Regular US Mail to the Debtor(s), the Trustee, all secured, priority and affected creditors per the address provided on their Proof of Claims and on the following parties:

**Kenneth E. West, Esq.**
Standing Chapter 13 Trustee
Electronic Service

| **Irina Vilk** | **Frank Dolski** |
|---|---|
| Agent on behalf of Buyer | Agent on behalf of Seller/Debtor |
| *Rubicon Realty Group, LLC* | *Coldwell Banker Hearthside-Lahaska* |
| Electronic service to *irina.z.vilk@gmail.com* | Electronic service to *f.dolski@cbhearthside.com* |
| **Lauren Moyer, Esq.** | |
| Counsel on behalf of *Rushmore Loan Management* | |
| Electronic service to *lmoyer@friedmanvartolo.com* | |

Dated: April 19, 2022                              /s/Brad J. Sadek, Esq

                                                                        Brad J. Sadek, Esq.
                                                                        Attorney for Debtor
                                                                        Sadek and Cooper
                                                                        1315 Walnut Street, #502
                                                                        Philadelphia, PA 19107
                                                                        Phone: 215-545-0008