IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | Jared K Fitzgerald<br>Jacquelyn J Fitzgerald aka Jacquelyn Landolfi,<br>Debtors<br><br>Jared K Fitzgerald<br>Jacquelyn J Fitzgerald aka Jacquelyn Landolfi,<br>                Movant<br>v.<br><br>Rushmore Loan Management Services, LLC as servicer for U.S. Bank National Association not in its individual capacity but solely as Legal Title Trustee for RMTP Trust, Series 2021 BKM-TT-V<br>Kenneth E. West – Trustee,<br>                Respondents | Case No: 20-13369-elf<br><br>Chapter: 13<br><br>Judge:  Eric L. Frank |

## SETTLEMENT STIPULATION RESOLVING CREDITOR, RUSHMORE LOAN MANAGEMENT SERVICES, LLC AS SERVICER FOR U.S. BANK NATIONAL ASSOCIATION NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS LEGAL TITLE TRUSTEE FOR RMTP TRUST, SERIES 2021 BKM-TT-V'S LIMITED OBJECTION TO DEBTOR'S MOTION TO SELL PROPERTY

AND NOW, upon the Motion of Debtors, Jared K Fitzgerald and Jacquelyn J Fitzgerald aka Jacquelyn Landolfi (the "Debtor") for Sale of the Property located at 3711 Green Ridge Road, Furlong, PA 18925 (the "Property"), and the Limited Objection of Creditor, Rushmore Loan Management Services, LLC as servicer for U.S. Bank National Association not in its individual capacity but solely as Legal Title Trustee for RMTP Trust, Series 2021 BKM-TT-V (the "Creditor"), it is hereby agreed as follows:

1. Debtor has entered into an Agreement of Sale for the sale of the Property for the amount of $997,700.00.

     2.     The current payoff amount to pay Creditor's loan in full is approximately $600,452.83, good through May 13, 2022.  Should the sale of the Property not take place on or before May 13, 2022, Debtor shall request an updated payoff amount from Creditor.

     3.     Creditor's Claim shall be paid in full from the proceeds of the sale of the Property, absent further Order of the Court.

     4.     The parties request that this Honorable Court approve this Stipulation.

Dated: May 4, 2022

/s/ Lauren M. Moyer
Lauren M. Moyer, Esquire
Friedman Vartolo, LLP
1325 Franklin Avenue, Suite 160
Garden City, New York 11530
*Attorney for Creditor*

Dated: May 4, 2022

Brad J. Sadek
Brad J. Sadek, Esquire
Sadek and Cooper
1315 Walnut Street
Suite 502
Philadelphia, PA 19107
*Attorney for Debtor*

Dated: May 10, 2022

/s/ LeRoy W. Etheridge, Esq., for *
KENNETH E. WEST
Office of the Chapter 13 Standing Trustee
1234 Market Street - Suite 1813
Philadelphia, PA 19107
*Chapter 13 Trustee*

\* The Chapter 13 Trustee has no objection to the terms of the herein Stipulation, without prejudice to any of the Chapter 13 Trustee's rights and remedies.