IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | Jared K Fitzgerald<br>Jacquelyn J Fitzgerald aka Jacquelyn Landolfi,<br>Debtors<br><br>Jared K Fitzgerald<br>Jacquelyn J Fitzgerald aka Jacquelyn Landolfi,<br>　　　　Movant<br>v.<br><br>Rushmore Loan Management Services, LLC as servicer for U.S. Bank National Association not in its individual capacity but solely as Legal Title Trustee for RMTP Trust, Series 2021 BKM-TT-V<br>Kenneth E. West – Trustee,<br>　　　　Respondents | Case No: 20-13369-elf<br><br>Chapter: 13<br><br>Judge:  Eric L. Frank |

## **ORDER**

AND NOW, this _____ day of _____, 2022, it is hereby ORDERED and DECREED that the Stipulation resolving Creditor, Rushmore Loan Management Services, LLC as servicer for U.S. Bank National Association not in its individual capacity but solely as Legal Title Trustee for RMTP Trust, Series 2021 BKM-TT-V's Limited Objection to Debtor's Motion to Sell Property located at 3711 Green Ridge Road, Furlong, PA 18925, is APPROVED.

BY THE COURT:

_____
Eric L. Frank, Bankruptcy Judge